| | |
|---|---|
| 1 | Quarles & Brady LLP |
| 2 | Firm State Bar No. 00443100<br>Renaissance One<br>Two North Central Avenue |
| 3 | Phoenix, AZ 85004-2391<br>TELEPHONE 602.229.5200 |

Attorneys for Debtor and Debtor-in-Possession

John A. Harris (#014459)
john.harris@quarles.com
Kelly Singer (#022024)
kelly.singer@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>'SA' NYU WA, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 0:13-bk-02972-BMW<br><br>**MOTION TO TRANSFER VENUE** |

'SA' NYU WA, INC., a Hualapai tribally-charted corporation (the "**Debtor**"), debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Bankruptcy Case**"), files this Motion requesting that the Court transfer venue of this Bankruptcy Case from the Yuma Division of the United States Bankruptcy Court for the District of Arizona, to the Phoenix Division.

## BACKGROUND

1. On March 4, 2013, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code, commencing the Bankruptcy Case.

2. The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

3. The Debtor is a Hualapai tribally-charted corporation located in Mohave County, Arizona.

4. The statutory predicates for the relief requested in this Motion are 28 U.S.C. § 1408 and Rule 1014 of the Federal Rules of Bankruptcy Procedure.

5. No trustee or examiner has been appointed in this Bankruptcy Case, nor has an official committee of unsecured creditors been established.

## BASIS FOR RELIEF

6. On the filing of the petition commencing this Bankruptcy Case, the case was automatically assigned to the Yuma Division based on the Debtor's location in Mohave County.

7. John Harris and Kelly Singer, lead restructuring attorneys for the Debtor, are located in Quarles & Brady, LLP's Phoenix office. The Debtor's financial advisor, MCA Financial Group, Ltd., is also located in Phoenix. As indicated by the Court at the April 3, 2013 status hearing, the Court's calendar in Phoenix is more flexible and more accessible for this Bankruptcy Case, because Yuma hearings occur on a less frequent basis.

8. Accordingly, Phoenix -- as opposed to Yuma -- is a more convenient location for the Debtor to administer its Bankruptcy Case.

9. Additionally, lead bankruptcy counsel for Grand Canyon Skywalk Development, LLC ("**GCSD**"), is located in Phoenix. Counsel for the Debtor has conferred with counsel for GCSD and the United States Trustee attorney representative assigned to this

Bankruptcy Case (also based in Phoenix), and neither of them has an objection to the transfer of venue requested in this Motion.

**CONCLUSION**

WHEREFORE, the Debtor respectfully requests that the Court enter an order in the form attached as **Exhibit "A"** transferring venue of the Bankruptcy Case from the Yuma Division to the Phoenix Division, and granting the Debtor such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 11th day of April, 2013.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ 85004-2391
>
>
> By /s/ Kelly Singer
>    John A. Harris
>    Kelly Singer
>
> Attorneys for Debtor and Debtor-in-Possession

Quarles & Brady LLP
Phoenix, Arizona 85004-2391

1    COPIES of the foregoing sent via e-mail this 11th day of
2    April, 2013, to:

3    Larry Watson
      Office of the U.S. Trustee
4    230 N. First Avenue, Suite 204
      Phoenix, AZ 85003
5    Email: larry.watson@usdoj.gov

6    Pamela M. Overton
      Tracy L. Weiss
7    Greenberg Traurig, LLP
      2375 E. Camelback Road, Suite 700
8    Phoenix, AZ 85016
      Email: overtonp@gtlaw.com
9    Email: weisst@gtlaw.com

10   David D. Cleary
      Greenberg Traurig, LLP
11   2375 E. Camelback, Road, Suite 700
      Phoenix, AZ 85016
12   Email: clearyd@gtlaw.com

13   Howard J. Steinberg
      Adam M. Starr
14   Greenberg Traurig, LLP
      1840 Century Park East, Suite 1900
15   Los Angeles, CA 90067
      Email: steinbergh@gtlaw.com
16   Email: starra@gtlaw.com

/s/ Sybil Taylor Aytch