# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>'SA' NYU WA, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 0:13-bk-02972-BMW<br><br>**ORDER TRANSFERRING VENUE** |

This matter came before the Court on the *Motion to Transfer Venue* filed by 'SA' NYU WA, INC., a Hualapai tribally-chartered corporation, the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Bankruptcy Case**"). In the Motion, the Debtor requests entry of an order transferring venue of this Bankruptcy Case from the Yuma Division of the United States Bankruptcy Court for the District of Arizona, to the Phoenix Division.

Having reviewed the Motion, this Court finds and concludes that: (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) this matter is a core proceeding under 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties-in-interest; and (iv)

good and sufficient cause exists for granting the relief requested in the Motion. In light of the foregoing:

**IT IS ORDERED THAT**:

1. The Motion is **GRANTED**.

2. For the reasons set forth in the Motion, the Bankruptcy Case is transferred to the Phoenix Division of the United States Bankruptcy Court for the District of Arizona.

**DATED AND SIGNED AS INDICATED ABOVE**