# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | 'SA' NYU WA, INC. |
| **Case Number:** | 2:13-bk-02972-BMW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 25, 2013 11:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | CHRISTINA JOHNSON |

### Matter:

APPLICATION FOR 2004 EXAMINATION OF DEBTOR AND GRAND CANYON RESORT CORPORATION AND DEBTOR'S OBJECTION THERETO.

R / M #:   47 / 0

### Appearances:

KELLY SINGER, ATTORNEY FOR 'SA' NYU WA, INC.
JOHN A. HARRIS, ATTORNEY FOR 'SA' NYU WA, INC.
PAMELA M. OVERTON, ATTORNEY FOR GRAND CANYON SKYWALK DEVELOPMENT
HOWARD J. STEINBERG, ATTORNEY FOR GRAND CANYON RESORT CORPORATION

### Proceedings:

Mr. Steinberg reports that counsel have had discussion and have not been able to reach any agreement as to the production on the documents.

Mr. Harris responds with a discussion regarding how the financial documents and records are being assembled and how long it will take to have them ready.

The court states that it believes this request is within the scope and rights.

THE COURT:  THE REQUEST IS GRANTED.  MR. STEINBERG TO UPLOAD AN ORDER.  IT IS RECOMMENDED THAT COUNSEL COOPERATE WITH EACH OTHER.

Case 2:13-bk-02972-BMW    Doc 66    Filed 04/25/13    Entered 04/26/13 14:44:56    Desc
Main Document      Page 1 of 1