Alan A. Meda (#009213)
Christopher Graver (#013235)
Sharon W. Ng (#024975)
**STINSON MORRISON HECKER LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
ameda@stinson.com
cgraver@stinson.com

Attorneys for Hwal'bay Ba:j Enterprises, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>'SA' NYU WA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:13-bk-02972-BMW<br><br>**NOTICE OF HEARING ON MOTION TO QUASH AND OBJECTION TO RULE 2004 ORDER TO THE EXTENT DIRECTED TO HWAL'BAY BA:J ENTERPRISES, INC., DBA GRAND CANYON RESORT CORPORATION**<br><br>Hearing Date: July 9, 2013<br>Hearing Time: 1:45 p.m.<br>Location: Video: Courtroom #602<br>230 N First Ave<br>Phoenix AZ 85003<br>Live: Courtroom #329<br>38 S Scott Ave<br>Tucson AZ 85701 |

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **July 9, 2013, at 1:45 p.m.** at the United States Bankruptcy Court, Courtroom #329, 38 South Scott Avenue, Tucson, Arizona 85701 before the Honorable Brenda M. Whinery. Concurrently, a video hearing will be held at the United States Bankruptcy Court, Courtroom #602, 230 North First Avenue, Phoenix, Arizona. At the hearing, the Court will consider the *Amended Motion to Quash and Objection to Rule 2004 Order to the Extent Directed to Hwal'Bay Ba:J Enterprises, Inc., dba Grand Canyon Resort Corporation* ("**Motion to Quash**") filed by Hwal'Bay Ba:J Enterprises, Inc. dba Grand Canyon Resort Corporation ("**HBBE**") on May 23, 2013, at Docket #80, as well as the Response thereto filed at Docket #88 on May 31, 2013 by Grand Canyon Skywalk Development, LLC ("**GCSD**") and any reply thereto.

**NOTICE IS FURTHER GIVEN** that any further filings with respect to the Motion to Quash must be in writing, filed with the Clerk of the U.S. Bankruptcy Court at 230 North First Avenue,

Phoenix, Arizona 85003, **on or before seven (7) days prior to the hearing**, with a copy sent to counsel for GCSD.

DATED this June 17, 2013.

                                          **STINSON MORRISON HECKER LLP**

By:    /s/ Christopher Graver (#013235)
       Alan A. Meda
       Christopher Graver
       Sharon W. Ng
       1850 N. Central Avenue, Suite 2100
       Phoenix, Arizona 85004-4584
       Attorneys for Hwal'bay Ba:j Enterprises

COPY of the foregoing sent this June 17, 2013, to:

David D. Cleary
Mark Tratos
Pamela M. Overton
Greenberg Traurig, LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
clearyd@gtlaw.com
tratosm@gtlaw.com
overtonp@gtlaw.com
Attorneys for Grand Canyon Skywalk Development, LLC

Larry Watson
Office of the U.S. Trustee
230 N First Ave., Ste. 204
Phoenix, AZ 85003
larry.watson@usdoj.gov

John A. Harris
Kelly Singer
Quarles & Brady, LLP
Two North Central Avenue
Phoenix, AZ 85004-2391
john.harris@quarles.com
kelly.singer@quarles.com
Attorneys for Debtor and Debtor-in-Possession


  /s/ Rebecca J. McGee